UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21841-CIV-HUCK/O'SULLIVAN

**AURORA LOAN SERVICES, LLC**
**f/k/a AURORA LOAN SERVICES, INC.,**
a Delaware limited liability company,

      **Plaintiff,**

v.

**CERTIFIED HOME LOANS OF**
**FLORIDA, INC., a Florida company,**

      **Defendant.**
_____/

## ORDER

THIS MATTER comes before the Court on the plaintiff's Motion for Entry of Order to Show Cause Why Orel Fernandez Should Not be Held in Contempt of Court for Failing to Attend his Deposition (DE # 19, 9/3/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from Orel Fernandez, and a response having been due, and having reviewed the applicable filings and law, it is hereby

ORDERED AND ADJUDGED that Orel Fernandez shall appear for deposition in the above-styled case at 9:30 AM, Tuesday, October 7, 2008, at the office of counsel for the plaintiff, Baker & McKenzie, 1111 Brickell Avenue, Suite 1700, Miami, Florida

33131.  It is further

      ORDERED AND ADJUDGED that the plaintiff shall serve this Order on Orel Fernandez.  It is further

      ORDERED AND ADJUDGED that Orel Fernandez may be held in contempt for the failure to obey this Court Order and if he fails to appear for the deposition set by this Order.

      DONE AND ORDERED, in Chambers, at Miami, Florida this <u>25th</u> day of September, 2008.

                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Huck
All counsel of record

Sent by Chambers to:

Orel Fernandez
2185 SW 17th Street
Miami, FL 33145